THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELLIE PACELLI, Appellant.— Judgment of conviction of the County Court of Orange county reversed upon the law and a new trial ordered. The trial court committed error in accepting testimony of a prior conviction of the defendant, she not having

tendered herself as a witness. (*People* v. *Richardson*, 222 N. Y. 103.) Young, Hagarty, Seeger, Carswell and Scudder, JJ., concur.